3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RAMON CONTRERAS-FLORES,<br><br>                    Defendant. | No.  4:14-CR-6027-EFS<br><br>**ORDER STRIKING TRIAL IN LIGHT OF PENDING MOTION TO DISMISS AND EXCLUDING SPEEDY TRIAL ACT TIME** |

A pretrial conference and motion hearing occurred in the above-captioned matter on September 2, 2014. Defendant Ramon Contreras-Flores was present, represented by Diane Hehir. Alexander Ekstrom appeared on behalf of the U.S. Attorney's Office (USAO). Before the Court was Defendant's Motion to Dismiss Case, ECF No. 29. After hearing argument from both parties, the Court took the Motion to Dismiss under advisement and informed the parties that it would issue an order promptly. In light of the pending Motion to Dismiss, the Court strikes the current September 15, 2014 trial date. If necessary, the Court will issue an order with new trial and pretrial dates after if rules on the Motion to Dismiss. The period of delay caused by the time necessary for the Court to dispose of the Motion to Dismiss is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D).

//

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss Case, **ECF No. 29**, is **TAKEN UNDER ADVISEMENT.**

2. All upcoming dates and deadlines set forth in the July 30, 2014 Case Management Order, ECF No. 34, are **STRIKEN**. A new case management order will be entered if necessary following the Court's decision on the Motion to Dismiss.

3. Pursuant to 18 U.S.C. § 3161(h)(1)(D), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **July 28, 2014**, to the **date the pending Motion to Dismiss**, ECF No. 29, **is resolved**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Office.

**DATED** this ___8th___ day of September 2014.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge